# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to Volkswagen Vehicles

| '511 Patent, Claim 1 Language | Volkswagen Vehicles Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| Claim 1.  A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., a pedestrian, or a vehicle). https://media.vw.com/en-us/releases/1183); https://www.youtube.com/watch?v=fvVGPNGwpZE. |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>For example, Volkswagen's Pedestrian Monitoring uses a radar to "sweep[] points located in an area within about 35 degrees and up to about 400 feet ahead of the vehicle hundreds of times per minute. The system then analyzes the data from the radar for the specific "signature" of pedestrians that are about to cross in front of the vehicle or walking away from the vehicle inside the vehicle's path." https://media.vw.com/en-us/releases/1183).<br><br>Additionally, Volkswagen's Front Assist uses radar to "monitor[] the traffic in front of your vehicle" detect other vehicles, "for example, a driver that suddenly changes lanes in front of you." https://www.youtube.com/watch?v=fvVGPNGwpZE<br><br>Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible electromagnetic radiation field by a | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a |

1



Preliminary Comparison of U.S. Patent No. 7,952,511 to Volkswagen Vehicles

| '511 Patent, Claim 1 Language | Volkswagen Vehicles Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| presence of an object within a path of invisible electromagnetic radiation, | pedestrian, or vehicle will be different than the reflection, absorption, and attenuation characteristics of open road. |
| said invisible electromagnetic radiation propagating off axis with respect to the receiver toward a scattering medium; and | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium.<br><br>For example, invisible electromagnetic radiation is propagated from the radar unit, which fits behind the Volkswagen emblem on the front of the vehicle, toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. https://media.vw.com/en-us/releases/1183 |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. "The radar sweeps points located in an area within about 35 degrees and up to about 400 feet ahead of the vehicle hundreds of times per minute. The system then analyzes the data from the radar for the specific "signature" of pedestrians that are about to cross in front of the vehicle or walking away from the vehicle inside the vehicle's path." https://media.vw.com/en-us/releases/1183. |
| Claim 15. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1. |
| means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver; and | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>For example, "The radar sweeps points located in an area within about 35 degrees and up to about 400 feet ahead of the vehicle hundreds of times per minute. The system then analyzes the data from the radar for the specific "signature" of pedestrians that are about to cross in front of the vehicle or walking away from the vehicle inside the vehicle's path." https://media.vw.com/en-us/releases/1183.<br><br>The ability of the system to recognize pedestrians from other types of obstacles indicates that the system |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Volkswagen Vehicles

| '511 Patent, Claim 1 Language | Volkswagen Vehicles Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
|  | includes a database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. |
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include a receiver for detecting the attenuation to indicate a presence of the object.<br><br>" The radar sweeps points located in an area within about 35 degrees and up to about 400 feet ahead of the vehicle hundreds of times per minute. The system then analyzes the data from the radar for the specific "signature" of pedestrians that are about to cross in front of the vehicle or walking away from the vehicle inside the vehicle's path." https://media.vw.com/en-us/releases/1183.<br><br>As discussed above with respect to claim 1, the radar unit includes a receiver that detects the attenuation of at least a portion of an invisible electromagnetic radiation field to detect the presence of an object. |

